FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL 26 PM 3: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

G. UMBERTO MEDURI, M.D.,

    Plaintiff,

v.                                          Case No. 04-2415-Ma/P

THE UNIVERSITY OF TENNESSEE
HEALTH SCIENCE CENTER,
HENRY G. HERROD, M.D., Individually
and in his official capacity; MICHAEL
E. DOCKTER, M.D., Individually and
in his official capacity; and DIANA
JOHNSON, Ph.D., Individually and in
her official capacity,

    Defendants.

---

### ORDER EXTENDING DEFENDANTS' TIME TO ANSWER
### OR RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

---

Defendants have filed a Motion for Extension of Time to Answer or Respond to Plaintiff's Amended Complaint. Plaintiff does not oppose the Motion. Therefore the Court finds that the motion is well- taken . Defendants shall have until August 19, 2005 to answer or respond to Plaintiff's Amended Complaint.

**IT IS SO ORDERED.**

_____
Tu M. Pham
Magistrate Judge

July 26, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___7-27-05___

52

## **CERTIFICATE OF SERVICE**

This is to certify that a true and exact copy of the foregoing was transmitted by U.S. mail to Donald A. Donati, 1545 Union Avenue, Memphis, Tennessee, 38104 and to Devon L. Gosnell, 719 Andy Holt Tower, Knoxville, Tennessee, 37996-0170.

This ___ day of _____, 2005

_____
Clerk of the Court

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-02415 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Devon L. Gosnell
UNIVERSITY OF TENNESSEE
719 Andy Holt Tower
Knoxville, TN 37996--017

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Rebecca P. Tuttle
UNIVERSITY OF TENNESSEE, MEMPHIS
66 N. Pauline
Ste. 428
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT