IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -1  PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

G. UMBERTO MEDURI, M.D.,

    Plaintiff,

VS.                                          NO. 04-2415-MaP

THE UNIVERSITY OF TENNESSEE
HEALTH SCIENCE CENTER, ET AL.,

    Defendants.

---

ORDER ON MOTION FOR STATUS CONFERENCE

---

Before the court is plaintiff's November 23, 2005, motion for status conference. For good cause shown, the motion is granted. **A status conference is set on December 5, 2005, at 1:45 p.m.**

It is so ORDERED this 30th day of November, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:04-CV-02415 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Devon L. Gosnell
UNIVERSITY OF TENNESSEE
719 Andy Holt Tower
Knoxville, TN 37996--017

Rebecca P. Tuttle
UNIVERSITY OF TENNESSEE, MEMPHIS
66 N. Pauline
Ste. 428
Memphis, TN 38105

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT