IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 15 PM 4: 17

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

G. UMBERTO MEDURI, M.D.,

    Plaintiff,

VS.

                                    NO. 04-2415-Ma

UT HEALTH SCIENCE CENTER, ET AL.,

    Defendants.

ORDER AMENDING SCHEDULE

Pursuant to the plaintiff's November 23, 2005, motion for a status conference in this matter, the court held a conference on December 5, 2005. Attending on behalf of the plaintiff was Don Donati. Participating by telephone on behalf of the defendants was Devon Gosnell. After discussion with counsel and for good cause shown, the court amends the schedule as follows:

1.    The deadline for initial disclosures is January 31, 2006.

2.    The deadline for completing discovery on the six remaining claims is June 30, 2006.

3.    The deadline for filing potentially dispositive motions is August 15, 2006.

4.    The deadline for completing mediation is June 30, 2006.

5.    The parties shall submit a joint proposed pretrial order by 5:00 p.m. on October 6, 2006.

6.    A pretrial conference will be held on Friday, October



13, 2006, at 10:30 a.m.

7.    The jury trial is **reset** to Monday, October 23, 2006, at

9:30 a.m. and is expected to take 3 to 4 days.

Absent good cause, the amended schedule set by this order

will not be modified or extended.

So ORDERED this _14K_ day of December, 2005.

_____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:04-CV-02415 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Rebecca P. Tuttle
UNIVERSITY OF TENNESSEE, MEMPHIS
66 N. Pauline
Ste. 428
Memphis, TN 38105

Devon L. Gosnell
UNIVERSITY OF TENNESSEE
719 Andy Holt Tower
Knoxville, TN 37996--017

Honorable Samuel Mays
US DISTRICT COURT